446 A.2d 694

Commonwealth ex rel. Dunkelberger v. Wieder.

Appeal of Margaret Dunkelberger a/k/a
Margaret Wieder.

Argued March 8, 1982. James M. Bucci, for appellant; John C. Carlson, for appellee.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

Order affirmed.